UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA

    - against -

ROBERT RICHIEZ,

        Defendant.
-----------------------------X

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 19 2008 ★

Cr. No. 07-437(JG)

## FINAL ORDER OF FORFEITURE

WHEREAS, on September 28, 2007, the defendant ROBERT RICHIEZ (the "Defendant") pled guilty to the offenses charged in Counts One and Three of the above-captioned Indictment and agreed to forfeit the sum of two hundred eighty eight thousand, nine hundred eighty dollars and no cents ($288,980.00) seized from a black duffle bag in front of 23-54 98th Street, Queens, New York on March 30, 3007; and

WHEREAS, based upon the plea of guilty, the Court issued a Preliminary Order of Forfeiture on September 28, 2007, finding that the sum of two hundred eighty eight thousand, nine hundred eighty dollars and no cents ($288,980.00) is property involved in the Defendant's violation of 18 U.S.C. § 1956, or property traceable to such property;  and

WHEREAS, the Court finds that the Defendant has an interest in the above-referenced sum of money, which shall be forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1).; and

WHEREAS, the government is in the process of publishing notice of forfeiture in accordance with applicable law.

2

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of the Defendant's right, title and interest in the total sum of five hundred two hundred eighty eight thousand, nine hundred eighty dollars and no cents ($288,980.00) is hereby forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Department of Treasury and all of its authorized agents and contractors are hereby authorized and directed to dispose of two hundred eighty eight thousand, nine hundred eighty dollars and no cents ($288,980.00) in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture and any supplemental final orders of forfeiture as may be necessary; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall be made part of the sentence and included in the judgment of conviction of the Defendant; and

3

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 271 Cadman Plaza East, 4th Floor, Brooklyn, New York 11201, Attn: Special Assistant U.S. Attorney Kathleen Naughton.

Dated: Brooklyn, New York
February 15, 2008

s/John Gleeson

_____
HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE